DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
PALOMAREZ, NORMA LINDA

Case No. 07-02240-FLK13

Debtor

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $14.83, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| PALOMAREZ, NORMA LINDA | 1407 2ND AVE<br>ZILLAH, WA<br>98953 | $14.83 |

Dated: August 12, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

*Receipt 4874875*     *8/24/10*     *$14.83*